**Robert William PETTY, Petitioner—Appellant,**

v.

**Warden James CROSS, Respondent—Appellee.**

**No. 10–6577.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 30, 2010.

Decided: Oct. 8, 2010.

Robert William Petty, Appellant Pro Se. Rita R. Valdrini, Assistant United States Attorney, Daniel W. Dickinson, Jr., Office Of The United States Attorney, Wheeling, West Virginia, for Appellee.

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert William Petty, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Petty v. Cross,* No. 2:09–cv–00100–REM–DJJ, 2010 WL 1417965 (N.D.W.Va. Apr. 6, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*